NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DBA STEVEN ROBERT JOHNSON; DBA ALEX ROBERT HARVEY; DBA KATHRYN HARVEY; DBA ELIZABETH ANN HARVEY, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> Judge ANN L. AIKEN, District Judge; Court Deputy-Case Administrator LORI ERRECART, <br><br> Defendants - Appellees. | No. 25-725 <br><br> D.C. No. 6:25-cv-00100-MC <br><br> MEMORANDUM<sup>*</sup> |

Appeal from the United States District Court
for the District of Oregon
Michael J. McShane, District Judge, Presiding

Submitted October 15, 2025<sup>**</sup>

Before:    FRIEDLAND, MIILER, and SANCHEZ, Circuit Judges.

Steven Robert Johnson, Alex Robert Harvey, Kathryn Harvey, and Elizabeth

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Ann Harvey appeal pro se from the district court's judgment dismissing their action alleging misconduct by defendants related to the dismissal of two prior federal actions. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). We affirm.

The district court properly dismissed plaintiffs' action because their claims are barred by judicial immunity. *See Duvall v. County of Kitsap*, 260 F.3d 1124, 1133 (9th Cir. 2001) (describing factors relevant to whether an act is judicial in nature and subject to absolute judicial immunity); *In re Castillo*, 297 F.3d 940, 952 (9th Cir. 2002), *as amended* (Sept. 6, 2002) (explaining that quasi-judicial immunity extends to court clerks performing functions closely associated with the judicial process).

The emergency motion (Docket Entry No. 7) is denied.

**AFFIRMED.**